# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

SONE SAYAMONTRY,
LORI SAYAMONTRY,

    Plaintiffs,

v.                                                                        No. 1:23-cv-1126 JB/DLM

ALLSTATE INDEMNITY COMPANY,

    Defendants.

## AMENDED ORDER SETTING STATUS CONFERENCE

**THIS MATTER** is before the Court sua sponte under the Court's inherent power to manage its docket. *See Bunn v. Perdue*, 966 F.3d 1094, 1099 (10th Cir. 2020) ("District courts are afforded great discretion regarding control of the docket and parties.") (quoting *United States v. Orozco*, 916 F.3d 919, 925 (10th Cir. 2019)); *SEC v. Mgmt. Sols., Inc.*, 824 F. App'x 550, 553 (10th Cir. 2020) ("[A] district court has the inherent power to 'manage [its] own affairs so as to achieve orderly and expeditious disposition of cases.'") (quoting *Dietz v. Bouldin*, 579 U.S. 40, 45 (2016)). Accordingly, the Court hereby **VACATES** the previously scheduled status conference. In its place, the Court will conduct a telephonic status conference on the same day **February 20, 2025, at 3:00 p.m. MST**. To connect to the telephonic status conference, dial: **855-244-8681**, and use access code: **2314 983 7724**.

**IT IS SO ORDERED.**

_____
DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE